UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JIAN HUA LIU,

                             Plaintiff,                        14 Civ. 5159

                -against -                       **PROPOSED DEFAULT**
                                                              **JUDGMENT**

FAITHFUL CONSTRUCTION, INC., and
JIN CAI YAN,

                             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

           This action having been commenced on September 3, 2014 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendants, *Faithful Construction, Inc., and Jin Cai Yan*, on October 22, 2014 by personal service on Ms. Yan (family member and agent of the corporation), and a proof of service having been filed on November 15, 2014 and the Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

           ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $49,891.02 with interest at 9% from May 15, 2014 up to the date of judgment, amounting to $1,681.81 plus costs and disbursements of this action in the amount of $515.00 amounting in all to $52,087.83.

Dated: New York, New York                                s/WFK
       September 2, 2015
                                                                  U.S.D.J.

                                                    This document was entered on the docket on _____.